896

Fannie Levine et al., Appellants, v. Louis Barfus et al., Respondents.

Brennan, Acting P. J., Hopkins, Benjamin, Munder and Nolan, JJ., concur.

Peter Lineal, an Infant, by His Guardian ad Litem Irwin Lineal, et al., Respondents, v. Village of Great Neck Estates, Appellant

Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.

Edwina A. Martin, Respondent, v. Esmond B. Martin, Appellant, and Helen O. McGowan, Respondent

Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.